UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MUSTAFA SAVIOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV417-103 |
| | ) | |
| VANCE LAUGHLIN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Greg Dozier, Commissioner of the Georgia Department of Corrections, has filed a motion to intervene as a party respondent in this 28 U.S.C. § 2254 petition. Doc. 8. Dozier seeks to intervene to defend the interests of the State of Georgia because the named respondent Vance Laughlin is the warden of the privately run Wheeler Correctional Facility and is not a state employee. Accordingly, the Court **GRANTS** Dozier's motion to intervene.

SO ORDERED, this 29th day of August, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA