# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MUSTAFA SAVIOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV417-103 |
| | ) |
| VANCE LAUGHLIN, Warden, | ) |
| GREG DOZIER, Commissioner, | ) |
| | ) |
| Respondents. | ) |

# ORDER

Jury-convicted of malice murder, felony murder, possession of a firearm during the commission of a felony, and carrying a concealed weapon, Mustafa Savior petitions this Court for 28 U.S.C. § 2254 relief. Doc. 1. Respondent moves to dismiss, arguing that it is untimely under § 2254's limitation statute, 28 U.S.C. § 2244(d). Doc. 7. As part of its motion, the State refers to Savior's November 2016 "extraordinary motion for a new trial," filed in his state trial court, which was denied on April 6, 2017. Doc. 7-1 at 5-6. However, a copy of that Order has *not* been provided to the Court. *See* doc. 9. Respondent is **ORDERED** to provide a copy of the Chatham County trial court's April 6, 2017, Order denying Savior's extraordinary motion for a new trial within 7 days of

service of this Order.

**SO ORDERED,** this  14th  day of September, 2017.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA