FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2017 NOV -6 A 11: 5

CLERK D. Taylor
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MUSTAFA SAVIOR, )
       )
  Petitioner, )
       )
v. ) CV417-103
       )
VANCE LAUGHLIN, Warden, )
GREG DOZIER, Commissioner, )
       )
  Respondents. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court and petitioner's 28 U.S.C. § 2254 petition is DISMISSED. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal.

SO ORDERED this 6 day of November, 2017.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA