AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2017 NOV -9 A 8:31

CLERK
SO. DIST. OF GA.

Mustafa Savior

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-103

Warden Vance Laughlin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order entered on November 6, 2017, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Savior's 2241 petition is dismissed. Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This action stands closed.

Approved by: _____

November 6, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03